so as to dismiss the supplemental complaint and stay the original action based on the first complaint until final determination of the Federal action or until further order lifting the stay upon a proper showing of facts as a basis therefor, with costs to the appellant. Settle order. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ HARRY GREENFIELD, Individually and on Behalf of CLERMONT CRAVAT COMPANY, INC., Appellant-Respondent, v. HARRY B. DENNER et al., Respondents-Appellants, et al., Defendant.— Orders appealed from, striking the defenses to the second cause of action, reversed, with costs to abide the event and the motions to dismiss those defenses denied. Where all the stockholders are similarly situated, laches and estoppel may properly be pleaded as a bar to the equitable relief sought in the second cause of action, even though that cause of action is brought in the right of the corporation (*Capitol Wine & Spirit Corp.* v. *Pokrass*, 277 App. Div. 184, affd. 302 N. Y. 734). The defenses raise triable issues as to whether plaintiff's failure to take steps to prevent the corporation dissolution, despite his registering a protest thereto, bars the relief sought. All concur. Settle order. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ HEDBERT REALTY CORP., Respondent, v. HOWARD M. SONN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ HILLCREST PAPER COMPANY, INC., Respondent, v. JACK OHLSTEIN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bergan, JJ. [10 Misc 2d 286.]

■ In the Matter of the Accounting of HANOVER BANK, as Trustee under the Will of COLLIS P. HUNTINGTON, Deceased, Respondent. ANNA H. HUNTINGTON et al., as Executors of ARCHER M. HUNTINGTON, Deceased, et al., Appellants; SECURITY-FIRST NATIONAL BANK OF LOS ANGELES, as Surviving Executor and Trustee of HENRY E. HUNTINGTON, Deceased, et al., Respondents. — Decree so far as appealed from unanimously affirmed, with costs to all parties appearing and filing briefs, payable out of the estate. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bergan, JJ. [9 Misc 2d 1012.]

■ In the Matter of the Amendment to a Trust Agreement between JUDITH D. PEABODY, as Grantor, and ELIZABETH T. DUNNINGTON et al., as Trustees. CHASE MANHATTAN BANK et al., Respondents; HOWARD M. HOLTZMANN, as Guardian ad Litem for ELIZABETH T. PEABODY, an Infant, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent, Judith Dunnington Peabody. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ DON GEORGE, Appellant, v. PLANETARY MUSIC PUBLISHING CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ In the Matter of MAX KARSH et al., Appellants, against ROBERT F. WAGNER, as Mayor of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ In the Matter of CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Bounded by West 156th Street and Other Streets,